# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| TOM HENDERSON, ADC #097573 | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 5:15CV00205-SWW-JJV |
| STRAUGHN, Warden, | * |
| Cummins Unit, ADC, *et al.* | * |
| | * |
| Defendants. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 21st day of July, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE